UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
McComish,

                                    Plaintiff(s),

                                                                    **O R D E R**

                -against –

                                                                    7:21-CV-00491 (CS)

Zoolinski, et al.,

                                    Defendant(s).
------------------------------------------------------------X
Seibel, J.

        It having been reported to this Court that the claims in this case have been settled, IT IS

HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided,

however, that if settlement is not consummated within sixty days of the date of this order,

Plaintiff may apply by letter within the sixty-day period for restoration of the action to the

Calendar of the undersigned, in which event the action will be restored.

        **SO ORDERED**.

Dated: May 21, 2021

        White Plains, New York

                                            _____

                                            CATHY SEIBEL, U.S.D.J.